*Supervisor*
**BRENDA L. STUMBO**
*Clerk*
**HEATHER JARRELL ROE**
*Treasurer*
**Stan Eldridge**
*Trustees*
**JOHN NEWMAN II**
**GLORIA PETERSON**
**DEBBIE SWANSON**
**JIMMIE WILSON, JR.**



**Clerk's Office**

7200 S. Huron River Drive
Ypsilanti, MI 48197
Phone: (734) 484-4700
Fax: (734) 484-5156

*Charter Township of Ypsilanti*

---

April 29, 2022

Ypsilanti Township Citizens for Responsible Government,

On April 26, Ypsilanti Township Citizens for Responsible Government submitted petitions to the Charter Township of Ypsilanti Clerk's Office. The petitions were submitted pursuant to MCL 333.27956. Under MCL333.27956, the petitions are required to contain a number greater than 5% of the votes cast for governor by qualified electors in the municipality at the last gubernatorial election. The petitions submitted did not meet this threshold.

Respectfully,

*Heather Jarrell Roe*

Heather Jarrell Roe, Ypsilanti Township Clerk