**Subject:** Re: Ypsilanti Township Citizens for Responsible Government - Petition 2
**Date:** Wednesday, May 4, 2022 at 12:37:20 PM Eastern Daylight Time
**From:** Hannah Stocker
**To:** James Tamm, McLain & Winters

Hello,

Please advise.

Thank you.

Hannah Stocker
Attorney at Law
23332 Farmington Rd. #98
Farmington, MI 48336
P: 248-252-6405

---

**From:** Hannah Stocker <hannah@stockerlawpllc.com>
**Date:** Monday, May 2, 2022 at 11:11 AM
**To:** James Tamm <jtamm@kerr-russell.com>, McLain & Winters <mcwinlaw@gmail.com>
**Subject:** Ypsilanti Township Citizens for Responsible Government - Petition 2

Mr. Tamm and Mr. McLain,

My client is in receipt of the attached letter pertaining to a second initiative petition submitted to the Clerk on April 26, 2022. In this letter, Ms. Roe indicates that the committee did not collect signatures to meet MCL 333.27956's 5% requirement.

I am writing today to request a copy of the signature report for that second petition. Please provide at your earliest convenience.

Best,

Hannah Stocker
Attorney at Law
23332 Farmington Rd. #98
Farmington, MI 48336
P: 248-252-6405