# 2022

## MICHIGAN ELECTION DATES

Includes list of filing requirements for federal and state elective offices



**Jocelyn Benson**
**Secretary of State**

**Michigan.gov/Elections**

**DETAILED CALENDAR FOR ELECTION ADMINISTRATORS**

**-- 2022 ELECTION DATES --**
**AUGUST 2 PRIMARY**
**NOVEMBER 8 GENERAL ELECTION**

---

All listed dates are in 2022 unless otherwise specified. Refer to Michigan compiled law for cited provisions (Legislature.Mi.Gov.) Dates are subject to change through legislative action. If any errors are found, it is the law, itself, which must be followed.

| | |
|---|---|
| **By March 1** | Democratic and Republican state party chairpersons notify county and district committee chairs of county convention delegate (precinct delegate) allocation requirements. (168.623a) |
| **By 5:00 p.m., March 21** | Incumbent Appeals Court, Circuit Court, District Court and Probate Court judges file Affidavit of Candidacy and Affidavit of Identity for the August primary. Withdrawal deadline elapses at 5:00 p.m. on March 24. (168.409b, 413a, 414, 433a, 434, 467c, 467d) |
| **By April 1** | County political party chairpersons certify number of delegates per precinct to county election commissions. (168.623a) |
| **By April 4** | City and township election commissions finalize precinct boundaries for 2022 election cycle. (168.661) |
| **By 4:00 p.m., April 19** | Candidates seeking Appeals Court, Circuit Court, and District Court or Probate Court judgeships file nonpartisan nominating petitions, Affidavit of Identity and Affidavit of Constitutional Qualification for the August primary. Withdrawal deadline elapses at 5:00 p.m. on April 22. (168.409b, 409c, 413, 414, 433, 434, 467b, 467d) |
| **By 4:00 p.m., April 19** | Candidates for partisan and nonpartisan offices (other than judicial candidates) file nominating petitions (or fees if applicable) and Affidavit of Identity for the August primary. Withdrawal deadline elapses at 4:00 p.m. on April 22. (168.93, 133, 163 for federal and state-level offices; assorted other statutes for local offices) |
| **By 4:00 p.m., April 19** | Candidates seeking a Wayne County Community College Trustee position file an Affidavit of Identity and a nonpartisan nominating petition. Withdrawal deadline elapses at 4:00 p.m. on April 22. (389.83, 2018 PA 628; 168.303) |
| **By April 25** | City and township clerks forward names and addresses of partisan and nonpartisan candidates to county clerk. (168.321, 349) |
| **By 5:00 p.m., April 26** | Challenges against nominating petitions filed by partisan and nonpartisan candidates submitted to filing official. (168.552) |

6

| | |
|---|---|
| **By 5:00 p.m., April 26** | Petitions to place county and local questions on the August primary ballot filed with county and local clerks. (168.646a) |
| **April 29** | Last date a recall petition can be filed for recall question to appear on August primary ballot. (168.963) |
| **By 4:00 p.m., May 3** | Candidates for county convention delegate (precinct delegate) file an Affidavit of Identity for the August primary. Filing submitted to the clerk of the county in which candidate resides. Withdrawal deadline elapses at 4:00 p.m. on May 6. (168.624, 624a) |
| **By May 4** | Last date precinct boundary alterations made for 2022 election cycle can go into effect. (168.661) |
| **By 4:00 p.m., May 10** | Ballot wording of county and local proposals to be presented at the August primary certified to county and local clerks; local clerks receiving ballot wording forward to county clerk within two days. (168.646a) |
| **By May 31** | Board of State Canvassers complete canvass of nominating petitions filed by candidates for the August primary; Secretary of State certifies candidates eligible to appear on August primary ballot to county election commissions by June 3. (168.552) |
| **By 5:00 p.m., June 1** | Petitions to place a legislative initiative proposal on the November general election ballot filed with the Secretary of State (340,047 valid signatures required). (168.471) |
| **June 3** | Final date cities and townships can establish, move or abolish a polling place for the August primary. (168.662) |
| **By June 3** | Democratic and Republican Parties call fall state conventions. (168.591) |
| **By June 3** | Ballot wording for constitutional amendments and legislative referendums, which the legislature wishes to place on the August primary ballot, presented to Secretary of State. (Art. 12, Sec. 1) |
| **By June 18** | Clerks shall electronically transmit or mail (as requested) an absent voter ballot to each absent UOCAVA (uniformed services or overseas) voter who applied for an absent voter ballot 45 days or more before the election. (168.759a). All requests received since November 2, 2021, from a military or overseas voter must be honored for all 2022 elections. (168.759a) |
| **By June 18** | County clerks deliver absent voter ballots for the August primary to local clerks. (168.714) |
| **By June 18** | County committees of Democratic and Republican Parties call county conventions. (168.592) |
| **By June 23** | Absent voter ballots must be available for issuance to voters. (Mich. Const. Art 2, Sec 4) |
| **June 23 through July 12** | Precinct inspectors for August primary appointed by city and township election commissions. (168.674) |

7