# AFFIDAVIT OF JASAHN LARSOSA

STATE OF MICHIGAN )
                               ) ss
COUNTY OF WAYNE )

    I, Jasahn Larsosa, as a Member of Ypsilanti Township Citizens for Responsible Government ("YTCRG"), hereby swear and attest under penalty of perjury as follows:

    1.    I am a member of the ballot committee, Ypsilanti Township Citizens for Responsible Government.

    2.    I am aware that YTCRG circulated a petition to prohibit the establishment of marihuana businesses in Ypsilanti Township in March and April 2022.

    3.    I also assisted in the collection of signatures in Ypsilanti Township for YTCRG in March and April 2022.

    4.    I am familiar with the facts underlying Plaintiff's Motion for Preliminary Injunction.

    5.    I am familiar with Section 6(1) of the Michigan Taxation and Regulation of Marihuana Act

    6.    I am familiar with the certification deadlines set forth in Mich. Comp. Laws § 168.646a and recognize that ballot question language must be certified to

the County Clerk by May 10, 2022, in order to have the proposal placed on the August 2, 2022 ballot.

7. I have reviewed the letter from Ypsilanti Township Clerk, Heather Jarrell Roe, which indicates that YTCRG did not collect enough signatures to have its initiative placed on the August 2, 2022 ballot.

8. It is my understanding that Ypsilanti Township had approximately 23,856 electors cast their vote for governor in the last election.

9. It is my understanding that, in its canvassing, YTCRG obtained 2,896 signatures, which is approximately 12% of the number of votes cast by Township electors in the City in the 2018 gubernatorial election.

10. Given the number of signatures obtained by YTCRG, I was surprised to learn that Township Clerk would not be placing YTCRG's initiative on the August 2, 2022 ballot.

11. I am aware that YTCRG's Counsel has reached out to Township Counsel for the signature report to attempt to discern what signatures were invalidated and why and that the Township Counsel has not responded.

12. I am concerned that YTCRG's Initiative will not get placed on the August 2, 2022 ballot even though I was under the impression that sufficient signatures were obtained because Section 6 of MRTMA does not provide for a way for a petitioner to challenge a municipal official's sufficiency determination.

13. I am also concerned that neither the Michigan Election Law nor the Township Charter Act does not provide any procedure to challenge a municipal official's sufficiency determination.

14. Finally, I am concerned that if Heather Jarrell Roe has made a mistake in invalidating signatures on YTCRG's petition, the electors of Ypsilanti Township will be deprived of their right to vote on a petition that has garnered more than adequate support in the community.

15. I believe this would greatly hurt the public trust in Township officials.

16. I have personal knowledge of the facts stated in this affidavit and, if called as a witness, I am competent to testify accordingly.

_____
Jasahn Larsosa

STATE OF MICHIGAN )
Wayne COUNTY )

Subscribed and sworn to before me on the 5 of May 2022, in Wayne County, Michigan.

_____
Notary public, State of Michigan, County of Oakland
My commission expires 05-27-2024

TRINA LYNN BROADNAX
Notary Public – State of Michigan
County of Oakland
My commission expires May 27, 2024
acting in the county of Wayne