UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| YPSILANTI TOWNSHIP CITIZENS FOR RESPONSIBLE GOVERNMENT, ballot question committee,<br><br>Plaintiff,<br>v.<br><br>JOCELYN BENSON, in her official capacity as Secretary of State of Michigan, LAWRENCE KESTENBAUM, in his official capacity as Washtenaw County Clerk, and HEATHER JARRELL ROE, in her official capacity as Ypsilanti Township Clerk.<br><br>Defendants. | Case No. 5:22-cv-10975-DPH-JJCG<br><br>Hon. Denise Page Hood (presiding)<br><br>Hon. Jonathan J.C. Grey (referral) |

| | |
|---|---|
| Hannah Stocker (P82847)<br>Attorneys for Plaintiffs<br>23332 Farmington Road #98<br>Farmington, MI 48336<br>(248) 252-6405 (phone)<br>hannah@stockerlawpllc.com | |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Ex Parte Motion for Preliminary Injunction and Temporary Restraining Order and the parties' briefing, this Court finds that Plaintiff has demonstrated a need for preliminary injunction in this case.

Accordingly, it is hereby ORDERED that, pending a trial on the merits, Defendants and all of their respective officers, agents, servants, employees, attorneys, and persons acting in concert of participation with them are:

1. Enjoined and restrained from enforcing Mich. Comp. Laws § 333.27956(1) in so far as it prevents petitioners, such as Plaintiff, from obtaining access to the ballot if they cannot challenge a municipal officer's determination that they have not obtained the signatures of 5% of the number of voting electors in the last gubernatorial election in the municipality.

IT IS FURTHER ORDERED that Defendant, Secretary of State, shall, within 14 days, promulgate legislation or a procedure to allow petitioners, such as Plaintiff, to challenge a municipal officer's signature sufficiency determination under Mich. Comp. Laws § 333.27956(1).

IT IS FURTHER ORDERED that Plaintiff's Initiative Petition shall be certified by Defendant Heather Jarrell Roe to the Washtenaw County Clerk on or before May 10, 2022, in satisfaction of Mich. Comp. Laws § 168.646a.

IT IS FURTHER ORDERED that Defendants shall show cause why a permanent injunction shall not issue by _____.

IT IS FURTHER ORDERED THAT this Temporary Restraining Order and Preliminary Injunction shall take effect immediately and shall remain in effect pending trial in this action or until further order of this Court.

IT IS SO ORDERED.

DATED THIS _____ DAY OF _____, 2022.

_____

Hon. _____

United States District Judge

Presented this 6th Day of May by

/s/ Hannah Stocker
Hannah Stocker
Counsel for Plaintiff