## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

---

YPSILANTI TOWNSHIP CITIZENS FOR RESPONSIBLE GOVERNMENT, ballot question committee,

          Plaintiff,

v.

JOCELYN BENSON, in her official capacity as Secretary of State of Michigan, LAWRENCE KESTENBAUM, in his official capacity as Washtenaw County Clerk, and HEATHER JARRELL ROE, in her official capacity as Ypsilanti Township Clerk.

          Defendants.

Case No. 5:22-cv-10975-DPH-JJCG

Hon. Denise Page Hood (presiding)

Hon. Jonathan J.C. Grey (referral)

---

Hannah Stocker (P82847)
Attorneys for Plaintiffs
23332 Farmington Road #98
Farmington, MI 48336
(248) 252-6405 (phone)
hannah@stockerlawpllc.com

### NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff, Ypsilanti Township Citizens for Responsible Government, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the causes of action set forth in the complaint against all Defendants without prejudice.

Neither Defendant Jocelyn Benson, Defendant Lawrence Kestenbaum, nor Defendant Heather Jarrell Roe have filed an answer to the complaint or a motion for

summary disposition as to Plaintiff's claims. As such, a dismissal under Rule 41(a)(1) is appropriate.

Respectfully Submitted,

Dated:  May 13, 2022

/s/ Hannah Stocker

By: _____

Hannah Stocker (P82847)
Attorneys for Plaintiff
23332 Farmington Road, #98
Farmington, MI 48336
(248) 252-6405 (telephone)
Hannah@stockerlawpllc.com