**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

YPSILANTI TOWNSHIP CITIZENS FOR RESPONSIBLE GOVERNMENT, ballot question committee,

Plaintiff,

Case No. 22-cv-10975

v .

Hon. Denise Page Hood

JOCELYN BENSON, in her official Capacity as Secretary of State of Michigan, LAWRENCE KESTENBAUM, in his official capacity as Washtenaw County Clerk, and HEATHER JARRELL ROE, in her official capacity as Ypsilanti Township Clerk.

Defendants.
_________________________________/

**ORDER DISMISSING PLAINTIFF'S CAUSE OF ACTION WITHOUT PREJUDICE**

This matter, having come before the Court on Plaintiff's Notice for Voluntary Dismissal of its cause of action [ECF No. 7], and no answer having been filed, such that dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) is appropriate,

IT IS ORDERED that Plaintiff's cause of action is DISMISSED WITHOUT PREJUDICE.

Dated: May 18, 2022

s/Denise Page Hood
Denise Page Hood
United States District Court Judge